**Donald Anderson MONTGOMERY,
Petitioner—Appellant,**

v.

**Terry L. STEWART; Janet Napolitano,
Respondents—Appellees.**

No. 01–16030.

D.C. No. CV–00–00031–WDB.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 26, 2002.

Before KOZINSKI and KLEINFELD,
Circuit Judges, and GEORGE,** District
Judge.

### MEMORANDUM***

Montgomery's equitable tolling claim fails under *Miranda v. Castro*,[1] (attorney's

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Lloyd D. George, Senior District Judge for Nevada, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 292 F.3d 1063, 1066–68 (9th Cir.2002).

affirmative misstatement of the limitations period not grounds for equitable tolling); *Frye v. Hickman,*[2] ("miscalculation of the limitations period by [petitioner's] counsel and his negligence in general do not constitute extraordinary circumstances"); and *Majoy v. Roe,*[3] ("[petitioner's] attempt to place blame on his previous attorney and to assign his reliance on that attorney [sic] having made timely filing 'impossible' falls short of the circumstances [required to obtain equitable tolling]").

AFFIRMED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.